**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| MICHAEL E. LOCKHART | : | No. 233 WAL 2023 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| UNIVERSAL WELL SERVICES, INC. | : | |
| (WORKERS' COMPENSATION APPEAL | : | |
| BOARD) | : | |
| | : | |
| | : | |
| PETITION OF: MICHAEL E. LOCKHART | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 20th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.